In the Matter of SAMUEL WEINRIB, Appellant, against DAVID W. BEIER, as Secretary of the State Board of Dental Examiners, et al., Respondents.

Submitted November 19, 1945; decided December 6, 1945.

Motion for reargument of motion for leave to appeal and for a stay denied. [See 294 N. Y. 628.]

In the Matter of RUBEL CORPORATION, Respondent. JAMES D. McGANN, as Director of Franchises of the Board of Estimate of the City of New York, Appellant.

Argued November 19, 1945; decided December 6, 1945.

*Herman Horowitz* and *Michael A. Castaldi* for motion.
*Ignatius M. Wilkinson, Corporation Counsel (Francis J. Bloustein* of counsel), opposed.

Motion denied.